Reifsneider et ux. *v.* Orth, Appellant.

Argued September 12, 1973. *Lawrence Sager,* for appellant; *Arthur L. Jenkins, Jr.,* with him *Smith, Aker, Grossman, Hollinger and Jenkins,* for appellees.

Order affirmed.

Rice et ux. *v.* Reigh et al., Appellants.

Argued September 19, 1973. *Hugh Hutchison,* with him *Robert I. Cottom, Matten and Cottom, Richard A. Bausher,* and *Stevens & Lee,* for appellants; *Arthur Ed. Saylor,* with him *Edelman, Schaeffer, Saylor, Readinger & Poore,* for appellees.

Order affirmed.

SPAULDING, J., absent.

Ridings *v.* Prodex, Inc.

Argued September 18, 1973. *Robert A. Lechowicz,* for appellant; *John E. Good,* for appellee.

Judgment affirmed.

SPAULDING, J., absent.